IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01609-WDM-CBS

THE ESTATE OF FRANKIE ADRIAN PADILLA,

    Plaintiff,

MARIA ROMERO,

    Plaintiff in intervention,

v.

ANTHONY REID, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF PLAINTIFF-IN-INTERVENTION ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, intervenor Maria Romero's Second Amended Complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 9, 2005.

                                                BY THE COURT:

                                                /s/ Walker D. Miller
                                                United States District Judge

PDF FINAL